IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| WALTER LEE SAMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 6:09-CV-0252-LSC-PWG |
| DISTRICT ATTORNEY CHRISTOPHER McCOOL, | ) ) ) ) |
| Defendant. | ) ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 14, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections were filed by either party.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915granted,or seeking monetary relief from defendants who are immune. A Final Judgment will be entered.

Done this 8th day of September 2009.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671

---

[1] The plaintiff has filed several change of address notices with the court, however, all documents sent to the last address he provided have been returned as undeliverable.